UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GERALD LEWIS HOWELL,

    Plaintiff,

v.                                  Case No. 3:20-cv-1457-BJD-JRK

MARSHALL LEWIS SANDERS,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court sua sponte. Plaintiff filed this case on December 29, 2020. (Doc. 1; Complaint). He failed to pay the filing fee but moved to proceed without paying the filing fee. (Doc. 2; Motion). On January 14, 2021, the Honorable James R. Klindt, United States Magistrate Judge, took Plaintiff's Motion under advisement and explained that Plaintiff's Complaint failed to establish the Court's subject matter jurisdiction and was subject to dismissal for frivolity. (Doc. 4; January 14 Order). Judge Klindt ordered Plaintiff to pay the filing fee or file an amended complaint by February 16, 2021. Id. at 9. Judge Klindt cautioned Plaintiff that if Plaintiff did neither, the case would be subject to dismissal. Id. When Plaintiff failed to comply with the January 14 Order, on February 25, 2021, Judge Klindt ordered Plaintiff to show cause, on or before March 24, 2021, why this matter

should not be dismissed for failure to prosecute pursuant to Local Rule 3.10. (Doc. 5).

To date, Plaintiff has not responded to the Court's orders nor has he paid a filing fee. The Eleventh Circuit has repeatedly "held that a district court does not abuse its discretion in dismissing a civil complaint under Rule 41(b) where the record indicates deliberate and repeated conduct of noncompliance." See, e.g., McDonald v. Emory Healthcare Eye Ctr., 391 F. App'x 851, 854 (11th Cir. 2010). Moreover, Local Rule 3.10 affords courts discretion to dismiss a case where the case is not being diligently prosecuted and the plaintiff fails to provide good cause for the delay, despite an opportunity to do so. Accordingly, after due consideration, it is

**ORDERED:**

This case is **DISMISSED without prejudice** for failure to prosecute and for failure to comply with the Court's Orders. The Clerk of the Court shall close the file and terminate any pending motions.

**DONE** and **ORDERED** in Jacksonville, Florida this 31st day of March, 2021.

_____
BRIAN J. DAVIS
United States District Judge

- 3 -

2
Copies furnished to:

Unrepresented Parties